

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,634-01

**EX PARTE JAMES PAUL WEAN, JR., Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13-DCR-063722 IN THE 400TH DISTRICT COURT
### FROM FORT BEND COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED:  JANUARY 25, 2017
DO NOT PUBLISH